# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

| | |
|---|---|
| CORA ANN HOLMES-THOMAS,<br><br>    Plaintiff,<br><br>v.<br><br>CENTURION OF FLORIDA, LLC and MHM HEALTH PROFESSOINALS, LLC f/k/a MHM HEALTH PROFESSIONALS, INC.,<br><br>    Defendants. | Civil Action No. Case 5:21-cv-00214-MW-MJF |

## DEFENDANTS' CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a), Defendants Centurion of Florida, LLC, improperly named as a defendant and employer, ("Centurion")[1] and MHM Health Professionals, LLC f/k/a MHM Health Professionals, Inc. ("MHMHP") make the following disclosures:

Centurion of Florida, LLC's sole member is Centurion, LLC. Centurion, LLC's sole member is MHM Services, Inc. d/b/a Centurion Group, Inc. MHM Services, Inc. is the sole member of MHMHP. MHM Services, Inc. is a wholly

---

[1] Centurion of Florida, LLC is improperly named as a Defendant. The properly named Defendant in this action is MHM Health Professionals, LLC. Defendants have advised Plaintiff of same and requested Plaintiff dismiss Centurion of Florida, LLC as a Defendant.

owned subsidiary of Centene Corporation ("Centene"). Centene is a publicly traded company.

| | | |
|---|---|---|
| Dated: | November 22, 2021 | Respectfully submitted, |

*/s/ Natalie J. Storch*
Kimberly J. Doud, Bar No. 0523771
kdoud@littler.com
Natalie J. Storch, Bar No. 0269920
njstorch@littler.com

LITTLER MENDELSON P.C.
111 North Orange Avenue
Suite 1750
Orlando, FL 32801.2366
Telephone: 407.393.2900
Facsimile: 407.393.2929

Attorneys for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of November, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a copy via email to the following:

Marie A. Mattox
Marie A. Mattox
MARIE A. MATTQN, P. A.
203 North Gadsden Street
Tallahassee; FL 32301
Email: marie@mattoxlaw.com; marlene@mattoxlaw.com;
michelle@mattoxlaw.com

*/s/ Natalie J. Storch*
Natalie J. Storch

4862-8810-6240.2 / 108840-1063